IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 1 9 2007

GREGORY C. LANGHAM
CLERK

Civil Action No. 07-cv-02360-BNB

PHUC T. HUYNH,

    Applicant,

v.

UNITED STATES BUREAU OF IMMIGRATION & CUSTOMS ENFORCEMENT,

    Respondent.

## ORDER OF DISMISSAL

Applicant, Phuc T. Huynh, is a prisoner in the custody of the Colorado Department of Corrections who currently is incarcerated at the Buena Vista, Colorado, correctional facility. He attempted to initiate this action by filing *pro se* a motion titled "Motion for an Immediate Hearing on '(I.A.D.') [sic] Interstate Agreement of Detainer Act Violations by the United States of America, Division of Bureau of Immigration & Customs Enforcement."

In an order filed on November 9, 2007, Magistrate Judge Boyd N. Boland ordered Mr. Huynh to cure certain enumerated deficiencies in the case. Specifically, Mr. Huynh was directed to file within thirty days a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action and an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. Magistrate Judge Boland warned Mr. Huynh that if he failed to comply with the November 9 order within the time allowed, the action would be dismissed without further notice. Mr.

Huynh has failed within the time allowed to comply with the November 9 order or otherwise to communicate with the Court in any way. Accordingly, it is

ORDERED that the action is dismissed without prejudice for failure to comply with the November 9, 2007, order to cure and for failure to prosecute. It is

FURTHER ORDERED that the motion titled "Motion for an Immediate Hearing on '(I.A.D.') [sic] Interstate Agreement of Detainer Act Violations by the United States of America, Division of Bureau of Immigration & Customs Enforcement." is denied as moot.

DATED at Denver, Colorado, this 18 day of December, 2007.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-02360-BNB

Phuc T. Huynh
Reg. No. 127357
BVMC - Unit B 5 - 1
PO Box 2005
Buena Vista, CO 81211

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 12/19/07

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk